# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JENNIFER MARIE VARGAS,

    Plaintiff,

v.                                                                      No. CV 18-210 CG

NANCY A. BERRYHILL,
Acting Commissioner for the
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 27), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supporting Memorandum*, (Doc. 22), shall be **DENIED.**

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE